(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**S & S PLUMBING AND SEWER, INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):    **36-4090023** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**8849 S. PAXTON AVE.**<br>**Chicago, IL 60617** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   **Cook** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. BOX 1876**<br><br>**Calumet City, IL 60409** | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) | |
|---|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ■ Chapter 7    ☐ Chapter 11    ☐ Chapter 13 | |
| ■ Corporation | ☐ Stockbroker | ☐ Chapter 9    ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | |
| ☐ Other_____ | ☐ Clearing Bank | | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☐ Consumer/Non-Business    ■ Business | ■ Full Filing Fee attached |

| **Chapter 11 Small Business** (Check all boxes that apply) |
|---|
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 |
| ☐ Debtor is and elects to be considered a small business under<br>   11 U.S.C. § 1121(e) (Optional) |

☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See ___ Form No. 3

*** Forrest L. Ingram

**Statistical/Administrative Information** (Estimates only)
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses p will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | |
|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million |
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | |
|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million |
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 04/13/2004
Time: 12:54:43
Debtor: S & S PLUMBING AND SEWE
Case: 04-14579        Fee = 209
Chapter: 7 Rec. # : 3074698
Judge: John Schwartz
341 mtg: 05/26/2004 @ 01:00PM
Trustee: DAVID HERZOG

1:04BK14579-BK001

| **Voluntary Petition** | Name of Debtor(s): | FORM B1, Page 2 |
|---|---|---|
| *(This page must be completed and filed in every case)* | **S & S PLUMBING AND SEWER, INC.** | |

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X  *Forrest L. Ingram*
Signature of Attorney for Debtor(s)

**Forrest L. Ingram 3129032**
Printed Name of Attorney for Debtor(s)

**Forrest L. Ingram, P.C.**
Firm Name

**79 W. Monroe St., Suite 1210**
**Chicago, IL 60603**
Address

**(312) 759-2838  Fax: (312) 759-0298**
Telephone Number

**4/13/04**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  *Robert A. Smith*  3/2
Signature of Authorized Individual

**Robert A. Smith**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**3/29/04**
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
**(To be completed if debtor is an individual**
**whose debts are primarily consumer debts)**

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)          Date

**Exhibit C**

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

8

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    3/29/04                    Signature _____

Robert A. Smith
President

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## IN THE UNITED STATES BANKRUPTCY COURT

| | | |
|---|---|---|
| **In the Matter of:** | } | |
| | } | No. |
| S & S PLUMBING AND SEWER, INC. | } | |
| | } | Chapter 7 |
| | } | |
| | } | |
| **Debtor** | } | |

### STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Robert A. Smith, declare under penalty of perjury that I am the President of S & S PLUMBING AND SEWER, INC., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 29th day of March, 2004.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that Robert A. Smith, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Robert A. Smith, President of this corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Robert A. Smith, President of this corporation is authorized and directed to employ Forrest L. Ingram 3129032, attorney and the law firm of Forrest L. Ingram, P.C. to represent the corporation in such bankruptcy case."

March 29, 2004                    Signed _____

                                 Robert A. Smith
                                 President

# United States Bankruptcy Court
## Northern District of Illinois

In re   **S & S PLUMBING AND SEWER, INC.**

Debtor(s)

Case No.

Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **0**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: _3/29/04_

Robert A. Smith/President
Signer/Title

Adv. Concrete Cutting & Coring
4707 Daniel Dr.
Crystal Lake, IL 60014

Advance Concrete
4707 Daniel Dr.
Crystal Lake, IL 60014

Auburn Supply
3850 W 167th Street
Harvey, IL 60426

Bank One
P.O. Box 36520
Louisville, KY 40233-6520

Banner
7255 Cottage Grove Ave.
Chicago, IL 60619

Barnet Inc. DBA
Barnett Brass and Copper
P.O. Box 930984
Atlanta, GA 31193-0983

BI Equipment Rental
4021 W. 127th St.
Alsip, IL 60803

C & M pip
19800 S. Stoney Island Ave.
Lynwood, IL 60411

Chicago Journeymen Plumber's
Local 130
1340 W. Washington Blvd.
Chicago, IL 60607

Com Ed
Adjuster James Tally
Three Lincoln Center
Oakbrook Terrance, IL 60181

Douglas A. Lindsay
Lewis, Overbeck, & Furman, LLP
135 S. LaSalle St., Suite 2300
Chicago, IL 60603-4274


Encotech Construction
1911 Pickwick Lane
Glenview, IL 60025


Hard Rock
Concrete Cutter Inc.
984 Lee St.
Des Plaines, IL 60016


Internal Revenue Service
230 S. Dearborn Street
Suite 3030
Chicago, IL 60604


Jim Burke Excavating, Inc.
8 North Corron
Elgin, IL 60123


Luczak Sales, Inc.
1128 Tower Rd
Schaumburg, IL 60173


Paul Supply
11120 S. Ridgeland Ave.
Worth, IL 60482


Paychex
Suite 100
Warrenville, IL 60555


RB's Community Developers
P.O. Box 20594
Chicago, IL 60620


River Oaks Ford, Inc.
281 River Oaks Dr.
Calumet City, IL 60409

SBC
200 East Randolph St.
Chicago, IL 60601


SG Supply Co.
12900 S. Throop St.
Calumet Park, IL 60827


Sunbelt Rental
P.O. Box 409211
Atlanta, GA 30384


Total Insulation Inc.
12622 S. Knoll Dr.
Alsip, IL 60803-3222


United Rental
525 Julie Rivers Dr.
Sugar Land, TX 77478


United Rentals
880 N. Addison Rd.
Villa Park, IL 60181