UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | John D. Schwartz | Hearing Date | October 24, 2007 |
| Bankruptcy Case No. | 04 B 14579 | Adversary No. | |
| Title of Case | S & S Plumbing and Sewer Inc. | | |

Brief Statement of Motion: Court's own motion re status of Final Report

Names and Addresses of moving counsel:

Representing:

## ORDER

This matter having come before the Court on October 24, 2007, and the Court having continued status hearing for November 14, 2007 at 10:00 a.m., in courtroom 719, 219 South Dearborn Street, Chicago, Illinois.

IT IS ORDERED that David R. Herzog, Trustee, and Forrest L. Ingram, debtor's counsel are directed to appear and inform the Court as to when he expects to file a final report in this asset case.

Enter: _/s/ John D. Schwartz_
Honorable John D. Schwartz